IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

MARTHA JEANETTE KARNES,

    Plaintiff,

v.

                                      Civil Action No. 07-cv-00541

ABN AMRO MORTGAGE GROUP, INC.
and FEDERAL HOME LOAN MORTGAGE
CORPORATION,

    Defendants.

## ORDER OF DISMISSAL UPON SETTLEMENT

    This day came the Plaintiff Martha Jeanette Karnes, by Bren J. Pomponio, her counsel, and also cane the Defendant, ABN AMRO Mortgage Group, Inc. by their counsel, William W. Booker, and presented to this Court this "Order of Dismissal Upon Settlement" bearing the signature of such counsel and advised the Court that a settlement had been reached and that, consistent with the terms thereof, the parties were submitting this Order to the Court for entry.

    The Court having inspected this Order and noting the endorsement of counsel thereon and the representation of counsel that a settlement had been reached in this civil action and perceiving no reason why the Order ought not be granted and this civil action be dismissed by reason of such settlement, it is hereby

    **ORDERED** that this civil action be and is hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs except as may be otherwise provided by the written Settlement Agreement executed by the parties herein.

DATED: January 29, 2009

                                                          John T. Copenhaver, Jr.
                                                          United States District Judge

JOINTLY SUBMITTED BY:

/s/William W. Booker                                       /s/Bren J. Pomponio
West Virginia State Bar No. 401                   West Virginia State Bar No. 7774
KAY CASTO & CHANEY PLLC                      MOUNTAIN STATE JUSTICE
P. O. Box 2031                                                         1031 Quarrier Street, Ste 200
Charleston, WV 25327-2031                          Charleston, WV 25301
(304) 345-8900, (304) 345-8909                   (304) 344-5564, (304) 344-3145
*Counsel for Defendant*                                           *Counsel for Plaintiff*